THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS MANFREDI, Appellant.

Submitted February 6, 1956; decided February 7, 1956.

Motion for further enlargement of time granted and case set down for argument during the March, 1956, session of the Court of Appeals. [See 309 N. Y. 951.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH NATTURNO, True Name JOSEPH FRANCIS NOTTURNO, Appellant.

Submitted February 6, 1956; decided February 7, 1956.

Motion for enlargement of time granted and case set down for argument during the April, 1956, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* 960 PARK AVENUE CORPORATION, Appellant.

Submitted February 6, 1956; decided February 7, 1956.

Motion for enlargement of time granted to the extent that the case is set down for argument during the March, 1956, session of the Court of Appeals.